```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 40289
    GERRY ROBINSON
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-1350
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/26/05 and confirmed on 06/23/06.

   2.  The case was dismissed after confirmation, 06/27/2008.

   3.  The Debtor paid a total of $ 17255.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE CO | MORTGAGE ARRE | 12537.27 | .00 | 12537.27 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| LAKE COUNTY CIRCUIT COUR | UNSECURED | .00 | .00 | .00 |
| LAKE COUNTY CIRCUIT COUR | UNSECURED | .00 | .00 | .00 |
| LAKE COUNTY CIRCUIT COUR | UNSECURED | .00 | .00 | .00 |
| LAKE COUNTY CIRCUIT COUR | UNSECURED | .00 | .00 | .00 |
| LAKE COUNTY CIRCUIT COUR | UNSECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1448.86 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 186.47 | .00 | 186.47 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 737.44 | .00 | 737.44 |

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12537.27 | .00 | 2372.77 | .00 | 14910.04 |
| PRINCIPAL PAID | 12537.27 | .00 | 923.91 | .00 | 13461.18 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 12537.27 | .00 | 923.91 | .00 | 13461.18 |

The Debtor's attorney, ALEXANDRA LEWYCKY            , was allowed $   3565.00
and was paid $    500.00   direct and $   3065.00  through the plan.

The Trustee received $     728.82 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 09/09/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                                   PAGE   2
      CASE NO. 05 B 40289 GERRY ROBINSON
```